FILED
CLERK, U.S. DISTRICT COURT

FEB 26 2025

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EMMANUEL SAUCEDA,<br><br>        Defendant. | Case No. 8:23-cr-00129-doc<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged drug use, failure to report for drug testing, and failure to complete a treatment program as directed; prior violation; prior criminal history*

1      and

2 B. ( X ) The defendant has not met defendant's burden of establishing by clear and
3      convincing evidence that he is not likely to pose a danger to the safety of any other
4      person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
5      based on: *nature of current allegations, including alleged drug use, failure to report for drug*
6      *testing, and failure to complete a treatment program as directed; prior violation; prior criminal*
7      *history*

9      IT THEREFORE IS ORDERED that the defendant be detained pending further
10 revocation proceedings.

12 Dated: 2-26-25

*signature*

JOHN D. EARLY
United States Magistrate Judge